IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OH

| | | |
|---|---|---|
| ZOBELE MEXICO, S.A. DE C.V. | : | Case No. 1:18-cv-00596-SJD |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| vs. | : | CORPORATE DISCLOSURE |
| | : | STATEMENT |
| TSS TECHNOLOGIES, INC., | : | |
| | : | |
| Defendant. | : | |

Pursuant to the Corporate Disclosure Statement provisions in Federal Rule of Civil Procedure 7.1, Defendant TSS Technologies, Inc., a non-governmental corporate party, files this disclosure statement:

There is no parent corporation or any publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ Darren W. Ford

*Of Counsel:*

GRAYDON HEAD & RITCHEY LLP
312 Walnut Street
Suite 1800
Cincinnati, OH 45202
Phone: (513) 629-6464
Fax: (513) 651-3836

**Darren W. Ford** (0086449)
*Trial Attorney*
GRAYDON HEAD & RITCHEY LLP
2400 Chamber Center Dr., Suite 300
Ft. Mitchell, KY 41017
Phone: (859) 578-7263
Fax: (859) 578-3073
Email: dford@graydon.law

ATTORNEYS TSS TECHNOLOGIES, INC.

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Corporate Disclosure Statement of TSS Technologies, Inc. was filed via the Court's CM/ECF system this 5th day of October, 2018, which will serve electronic notification on all counsel of record.

/s/ Darren W. Ford
**Darren W. Ford** (0086449)

9029032.1