IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ZOBELE MEXICO, S.A. DE C.V.,

    Plaintiff(s),

vs.

TSS Technologies, Inc.,

    Defendant(s).

Case Number: 1:18cv596

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 13, 2019 (Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 27, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, the Court will file an Entry of Default against defendant TSS Technologies, Inc. under Rule 55(a), Fed. R. Civ. P.

A copy of this Report and Recommendation will be served upon TSS Technologies, Inc. c/o Marc Drapp, CEO, 8800 Global Way, West Chester, OH 45069.

Based on the information provided in the certificate of service filed with the Court by former counsel on December 4, 2018, an additional copy of the Report and Recommendation will be served on TSS Technologies, Inc., c/o Mr. C. Brent Nichols, 8083 Valley Crossing Drive, Cincinnati, OH 45247.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court