UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION)

| | |
|---|---|
| **ZOBELE MEXICO, S.A. DE C.V.**, | Case No: 1:18-cv-00596-SJD |
| Plaintiff, | Judge Susan J. Dlott |
| -against- | Magistrate Judge Stephanie K. Bowman |
| **TSS TECHNOLOGIES INC.**, | |
| Defendant. | |

## **ORDER**

This Court grants the motion of Plaintiff Zobele Mexico, S.A. de C.V. for an Entry of Default Judgment against Defendant TSS Technologies Inc. under Rule 55(b), Fed.R.Civ.P. The Court finds that Defendant is in default and is liable for damages incurred as a result of breach of contract in the amount of $2,052,290.00, together with costs in the amount of $450.00 and prejudgment interest pursuant to R.C. 1343.03(A) in the amount of $65,120.74 for a total judgment of $2,117,860.74.

IT IS SO ORDERED.

        S/Susan J. Dlott_____
        Judge Susan J. Dlott
        United States District Court